O

JS - 6

cc: order, docket, remand letter
to Los Angeles Superior Court, Southwest District,
Torrance, No. SB12Z00678

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUST FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-WMC2, its assignees and/or successors in interest,<br><br>        Plaintiff,<br><br>  v.<br><br>LEE EDWARD THORNTON and Does 1-50, inclusive,<br><br>        Defendant. | Case No. CV 12-06730 DDP (FMOx)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO REMAND**<br><br>[Docket No. 4] |

    Presently before the court is Plaintiff's Ex Parte Application for Remand of Action to Superior Court ("Application"). Defendants have not filed any opposition.

    As Plaintiff explains, there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses and counterclaims based on federal law are insufficient to create federal jurisdiction. See U.S. Bank v. Teratyatstryan, No. CV

12-2876, 2012 WL 1535453, at *3 (C.D. Cal. Apr. 30, 2012); HSBC Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).  The court therefore grants Plaintiff's Application and remands this case to state court.

IT IS SO ORDERED.


Dated: August 29, 2012

DEAN D. PREGERSON
United States District Judge

2